# CIVIL COVER SHEET

ORIGINAL

~JS 44   (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

LISA TEAL

**DEFENDANTS** H.J. Heinz Company

3-02CV1052-G

Allegheny

(b)  County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c)  Attorney's (Firm Name, Address, and Telephone Number)

See attached

MAY 1 2002

Attorneys (If Known)

See attached

## II.  BASIS OF JURISDICTION     (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT     (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med. Malpractice<br>☐ 365 Personal Injury— Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☒ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |

## V.  ORIGIN     (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI.  CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. Sec. 1441 and 28 U.S.C. Sec. 1332; removal on basis of diversity; Plaintiff asserts claim for gender (pregnancy) discrimination under Texas law

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII.  RELATED CASE(S) IF ANY     (See instructions):

JUDGE  N/A

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

LISA TEAL,                          §
                                    §
        *Plaintiff,*                §
                                    §
vs.                                 §
                                    §
H.J. HEINZ COMPANY,                 §
                                    §
        *Defendant*                 §
                                    §

FILED

MAY 17 2002

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

**3 - 0 2 C V 1 0 5 2 - G**

CIVIL ACTION NO. _____

**NOTICE OF REMOVAL**

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant H.J. Heinz Company ("Heinz") files this

Notice of Removal and respectfully shows the Court as follows:

**I.**

**Introduction**

1.      A civil action, styled *Lisa Teal v. H.J. Heinz Company*, Cause No. 02-03183, was

brought in the 101st Judicial District Court of Dallas County, Texas. Pursuant to 28 U.S.C. § 1446(a)

and N.D. Local Rule 81.1(a)(3), an index of all documents filed in state court is attached as Exhibit

A; the state court docket sheet is attached as Exhibit B; true and correct copies of all process,

pleadings, orders, and other documents filed in the state court action and/or served upon defendant

are attached as Exhibit C; and a signed Certificate of Interested Persons is attached as Exhibit D.

2.      This action was commenced by the filing of Plaintiff's Original Petition in the 101st

Judicial District Court of Dallas County, Texas on April 5, 2002. Heinz was served and citation was

---

*NOTICE OF REMOVAL*                                                                    *Page 1*

received on April 18, 2002. This Notice of Removal is filed by Heinz within thirty (30) days of service of Plaintiff's Original Petition and is therefore timely pursuant to 28 U.S.C. § 1446(b). This Notice of Removal is filed subject to and without waiver of any defenses or objections to the Original Petition allowed under the Federal Rules of Civil Procedure or applicable law.

      3.      Pursuant to N.D. Local Rule 81(a), separately filed herewith are a completed Civil Cover Sheet and Supplemental Civil Cover Sheet. A filing fee in the amount of $150 has been paid to the District Clerk.

**II.**

**Basis for Removal**

      4.      This is a civil action in which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1332 because the matter is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs. This action is therefore removable pursuant to 28 U.S.C. § 1441(a).

      5.      Both at the time of commencement of this action in state court and at the time of removal, Plaintiff Lisa Teal was and is a citizen of the state of Texas. (Original Petition ¶ II) Both at the time of commencement of this action in state court and at the time of removal, Defendant Heinz was and is a Pennsylvania corporation with its principal place of business in Pennsylvania.

      6.      For purposes of federal diversity jurisdiction, Plaintiff is a citizen only of Texas, and Defendant is a citizen only of Pennsylvania.

      7.      Further, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000. (Original Petition ¶ VI) Because this action is wholly between citizens of different states

and because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, this Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1).

8.    The United States District Court for the Northern District of Texas, Dallas Division, is the court for the district and division within which is located the state court where the removed cause of action was pending and is therefore the proper court to which this action may be removed pursuant to 28 U.S.C. §§ 1441(a), 1446(a) and 124(a)(1).

WHEREFORE, Defendant H.J. Heinz Company requests that the Court take notice of the removal of this action from the 101st Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division.

Respectfully submitted,

Jennifer Burr Altabef
State Bar No. 03458400
Angelina LaPenotiere
State Bar No. 24007530
CARRINGTON, COLEMAN,
    SLOMAN & BLUMENTHAL, L.L.P.
200 Crescent Court, Suite 1500
Dallas, TX 75201
PHONE: (214) 855-3000
FAX: (214) 855-1333

*Attorneys for Defendant*
*H.J. Heinz Company*

*NOTICE OF REMOVAL*                                                    *Page 3*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record in the above cause in accordance with Rule 5, Federal Rules of Civil Procedure, on May 17, 2002.